**ORDERED.**

Dated:  April 03, 2023

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

APEX METAL BUILDING
SYSTEMS, LLC,                                                          Case No.3:22-bk-01763-BAJ

Debtor,
_____/

## ORDER DENYING MOTION TO REOPEN CHAPTER 7 CASE

THIS CASE came on for preliminary hearing on March 29, 2023 at 10:00 a.m. of the Creditor's Motion to Reopen Chapter 7 Case filed by Apec Metal Express, LLC (Doc. No. 30) (the "Motion").  At the hearing, Benjamin G. Martin, Esq., appeared for Apec Metal Express, LLC; Aaron R. Cohen appeared as former Chapter 7 Trustee; Anthony Chauncey. Esq. appeared for the Debtor, Apex Metal Building Systems, LLC; Andrew P. Brigham, Esq. appeared for Kith

1

& Kin Farm, LLC; Helen H. Albee, Esq. appeared for FI-CON and Andrew J. Decker, III appeared for Jason A. Bullock. For the reasons discussed in open court and stated on the record, which will constitute the decision of the court, the Court will deny the Motion. Accordingly, it is hereby,

ORDERED and ADJUDGED that the Motion is DENIED.

Attorney Benjamin G. Martin, Esq., is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file proof of service within three days of the entry of this Order.